UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

-vs-

JOSEPH DESANTO,

       Defendant.
_____/

Case No. 18-20086-2
Hon. Linda V. Parker
Magistrate Stephanie Dawkins Davis

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES MARK J. KRIGER and hereby moves this Honorable Court, for the entry of an order allowing him to withdraw as counsel and in support there of states as follows:

1. On April 20, 2018, undersigned counsel appeared at Defendant's initial appearance on the Indictment filed in the above entitled cause.

2. At the time he entered his appearance, undersigned counsel informed Magistrate Davis that Mr. DeSanto did not have sufficient funds to retain me to represent him on the Indictment but was endeavoring to raise the funds and counsel requested that he be able to appear for the limited purpose or representing Mr. DeSanto at his initial appearance.

3. The Court agreed to allow undersigned counsel to appear for the limited

1

purpose of representing Defendant at his initial appearance and further ordered that if Mr. DeSanto was unable to retain counsel he would have to appear on April 30, 2018 and request court appointed counsel.

4. Mr. DeSanto has been unable to raise the funds necessary to retain undersigned counsel and therefore undersigned counsel is requesting that he be permitted to withdraw as Mr. DeSanto's counsel.

WHEREFORE, counsel respectfully prays that this Honorable Court enter an order allowing him to withdraw from counsel for Mr. DeSanto.

Respectfully submitted,

/s/ Mark J. Kriger
BY: MARK J. KRIGER (P30298)
Attorney for Defendant DeSanto
645 Griswold Street, Suite 1717
Detroit, Michigan 48226
(313) 967-0100
mkriger@sbcglobal.net

Dated: April 30, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                              Mark J. Kriger
                                              LaRene & Kriger, P.L.C.
                                              1717 Penobscot Building
                                              Detroit, Michigan 48226
                                              (313) 967-0100
                                              E-mail: mkriger@sbcglobal.net
                                              Michigan Bar No. P30298