UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                             Case No. 18-20086

vs                                         Hon. Laurie J. Michelson

JOSEPH DESANTO,

    Defendant.
_____/

## STIPULATION EXTENDING TIME FOR FILING OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

IT IS HEREBY STIPULATED by and between the above parties that the time for filing objections to the Presentence Investigation Report shall be extended to April 20, 2020.

| | |
|---|---|
| s/ Mark S. McDonald with consent | s/ Mark J. Kriger |
| US Department of Justice | Attorney for Defendant |
| 150 M Street NE, Room 1.1405 | 645 Griswold, Suite 1717 |
| Washington DC 20002 | Detroit, MI 48226 |
| 202-305-2672 | 313-967-0100 |
| Email: mark.s.mcdonald@usdoj.gov | Email: mkriger@sbcglobal.net |
| | |
| Dated: March 17, 2020 | Dated: March 17, 2020 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                         Case No. 18-20086

vs                                       Hon. Laurie J. Michelson

JOSEPH DESANTO,

    Defendant.
_____/

## ORDER EXTENDING TIME FOR FILING OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Pursuant to the attached stipulation:

IT IS HEREBY ORDERED that the time for filing objections to the Presentence Investigation Report shall be extended to April 20, 2010.

SO ORDERED.

Dated: March 18, 2020

                                       s/Laurie J. Michelson
                                       LAURIE J. MICHELSON
                                       UNITED STATES DISTRICT JUDGE